**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | | |
|---|---|---|
| FOZILJON ILYOSOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 6:26-cv-03493-MBB |
| | ) | |
| JASON JOHNSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On August 14, 2026, Petitioner, through counsel Vano I. Haroutunian, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (**Doc. 1**). Mr. Haroutunian claims he is an attorney "admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York." (**Doc. 7**, p. 2). On September 1, 2026, Mr. Haroutunian moved for an exemption to Local Rule 83.5(f)(3), which requires him to associate with an active member in good standing of this Bar. (***Id.*** at p. 6). The Court denied Mr. Haroutunian's motion and ordered him to comply with Local Rule 83.5(f)(3) on or before September 8, 2026. Mr. Haroutunian has not done so.

Accordingly, Mr. Haroutunian is hereby removed from this case. *See* **Local Rule 83.5(f)(2)**. The Clerk of Court is directed to strike **Doc. 1** and **Doc. 6**. The Clerk of Court shall mail a copy of this order to Petitioner at the Greene County Jail in Springfield, Missouri. Petitioner shall have 60 days to retain replacement counsel or represent himself. If Petitioner fails to retain replacement counsel or otherwise prosecute this action within 60 days, the Court will dismiss this case.

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2026